**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CHERRIE LASHAWN MCCARTY,

    Plaintiff,

v.                                               CV No. 18-168 KRS/CG

THE RIB CRIB BBQ, INC., et al.,

    Defendants.

**ORDER GRANTING UNOPPOSED MOTION FOR
CONTINUANCE OF SETTLEMENT CONFERENCE**

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion for Continuance of Settlement Conference*, (Doc. 37), filed September 12, 2018. The Court, having read the Motion, noting it is unopposed, and being otherwise fully informed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the telephonic status conference set for September 27, 2018, and the settlement conference set for October 11, 2018, and all associate deadlines, are hereby **VACATED**. The Court will reschedule the settlement conference by separate order.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE