## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CHERRIE LASHAWN MCCARTY,

        Plaintiff,

v.                                 CV No. 18-168 KRS/CG

THE RIB CRIB BBQ, INC., et al.,

        Defendants.

## ORDER GRANTING MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Extend the Discovery and Dispositive Motions Deadlines*, (Doc. 43), filed November 2, 2018. The Court, having read the Motion, noting it is unopposed, and being otherwise fully informed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the termination date for discovery is **November 23, 2018**; motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **December 26, 2018**; and pretrial motions, other than discovery motions, shall be filed with the Court and served on opposing parties by **January 3, 2019**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE