# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CHERRIE LASHAWN MCCARTY,

    Plaintiff,

v.                                                                            CV No. 18-168 KRS/CG

THE RIB CRIB BBQ, INC., et al.,

    Defendants.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon the parties' settlement of this matter at the November 8, 2018 settlement conference, (Doc.39). **IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **December 17, 2018**.

    **IT IS SO ORDERED.**

                                                            _____
                                                            THE HONORABLE CARMEN E. GARZA
                                                            CHIEF UNITED STATES MAGISTRATE JUDGE