IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHERRIE LASHAWN MCCARTY,

    Plaintiff,

Civil Action No.: CV18-00168 KRS/CG

THE RIB CRIB BBQ, INC., AND
CHRISTOPHER PARKS,

    Defendants.

## **ORDER OF DISMISSAL**

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice Of All Claims Against Defendant filed on December 17, 2018 (Doc. No. 49), pursuant to Rule 41 of the rules of civil procedure, the Court having reviewed said Stipulation of Dismissal and being otherwise fully advised in the premises, FINDS that the Stipulation of Dismissal With Prejudice Of All Claims Against Defendant, The Rib Crib BBQ, Inc., is well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims against Defendant, The Rib Crib BBQ, Inc., are hereby dismissed with prejudice. All parties shall bear their own costs.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

APPROVED:


 /s/ Agnes Fuentevilla Padilla
Agnes Fuentevilla Padilla
Butt Thornton & Baehr PC
Attorney for Defendant
P.O. Box 3170
Albuquerque, NM  87190-3170
(505) 884-0777


  /s/ Tony F. Ortiz (via email 12/20/18)
Tony F. Ortiz, Esq.
Eugene (Geno) I. Zamora
Nicholas A. Govea
Ortiz & Zamora, Attorneys at Law, LLC
2011 Botulph Road, Suite 200
Santa Fe, NM  87505